TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
tkent@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Connie Traslavina

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Connie Traslavina,<br><br>                Plaintiff,<br><br>     vs.<br><br>Kramer & Associates; and<br>DOES 1-10, inclusive,<br><br>                Defendants. | Case No.: 2:13-cv-00738-ROS<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Connie Traslavina, by and through undersigned counsel, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

| | |
|---|---|
| 1 | Dated: June 13, 2013 |
| 2 | Respectfully submitted, |
| 4 | By: /s/*Trinette G. Kent* |
| 5 | Trinette G. Kent, Esq. |
| 7 | *Of Counsel To:* |
| 8 | LEMBERG & ASSOCIATES L.L.C. |
|   | Attorneys for Plaintiff |

Dated: June 13, 2013

Respectfully submitted,

By:  /s/*Trinette G. Kent*
Trinette G. Kent, Esq.

*Of Counsel To:*

LEMBERG & ASSOCIATES L.L.C.
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2013, a true and correct copy of the foregoing Plaintiff's Notice of Dismissal with Prejudice was filed electronically with the U.S. District Court for the District of Arizona and is available on ECF.

By /s/ *Olga Voytovych*
Paralegal to Trinette G. Kent